

USAO No. 2000Z00093

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| Plaintiff, | * | NO. 00-0437 |
| v. | * | SECTION: "K" (5) |
| **CHARLES GURLEY** | * | |
| Defendant. | * | |
| * | * | * |

## CONSENT JUDGMENT

Plaintiff United States of America and the defendant, Charles Gurley, having entered into, executed and filed into this record a Stipulation for Consent Judgment, it is hereby:

ORDERED, ADJUDGED and DECREED that Judgment of Consent be entered in this proceeding in favor of the United States of America and against Charles Gurley in the amount of $7,837.00, interest accruing on $2,346.58 at the rate 8 percent per annum or the daily rate of $0.51 from January 3, 2000, to date of judgment, interest accruing on $1,855.51 at the rate of 8 percent per annum or the daily rate of $0.41 from January 3, 2000, to date of judgment, and

DATE OF ENTRY
MAR 2 3 2000



interest from date of judgment until paid in full at the Treasury bill rate, 28 U.S.C. § 1961; and the costs of this proceeding.

New Orleans, Louisiana, this 21st day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
ENEID A. FRANCIS (5816)
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3060

_____
CHARLES GURLEY
Defendant