AO 133        (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

FILED COURT
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

_EASTERN_ _____   District of   _____ LOUISIANA _____

2000 MAR 30  A 11: 56

## UNITED STATES OF AMERICA

### V.

### CHARLES GURLEY

**BILL OF COSTS**

LORETTA G. WHYTE
CLERK

Case Number:   00-0437 "K" (5)

Judgment having been entered in the above entitled action on ___3/23/2000___ against ___Charles Gurley___,
                                                                                     Date

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 150.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . | | 110.10 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . | | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . | | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 20.00 |
| | TOTAL   $ | 280.10 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:        Charles Gurley.

Signature of Attorney:  _Eneid A. Francis_

Name of Attorney:  ENEID A. FRANCIS, AUSA

For:        PLAINTIFF, USA                                                    Date: 3/30/00
            Name of Claiming Party

Please take notice that I will appear before the clerk who will tax said costs on the following day and time:        Date and Time:   4/13/2000   3:30 P.M.

Costs are taxed in the amount of   $ 280.10

___ Fee and included in the judgment.
___ Process
X Dktd
✓ CtRmDep
___ Doc.No. 6

Clerk of Court    _Loretta G. Whyte_    By: _4/14/00_    Deputy Clerk    Date

DATE OF ENTRY  APR 14 2000