



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 SEP 11 P 12: 47

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**MOORE, M.J.**
**September 10, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0437** |
| **CHARLES GURLEY** | * | **SECTION: "K"(5)** |

### <u>HEARING ON MOTIONS</u>

APPEARANCE(S): VIA TELEPHONE: Ms. Rosanne Alford, Debt Collection Agent, United States Attorney's Office

MOTION(S):

(1)    MOTION TO EXAMINE JUDGMENT DEBTOR

### <u>ORDERED</u>

Ms. Rosanne Alford, Debt Collection Agent, United States Attorney's Office called this day to inform the court that the judgment debtor, Charles Gurley, has sent in the requested financial information. Subsequently, Ms. Alford indicated that the judgment debtor examination scheduled for Wednesday, September 12, 2001, at 11:00 a.m. is deemed **SATISFIED.**

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
SEP 1 1 2001