

USA No. 2000Z00093

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| v. | * | NO. 00-0437 |
| **CHARLES GURLEY** | * | SECTION: "K" (5) |
| | * * * | |

### MOTION TO EXAMINE JUDGMENT DEBTOR

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America, which respectfully represents:

I.

The United States of America is a judgment creditor of Charles Gurley, defendant, in the sum of $7,837.00, interest accruing on $2,346.58 at the rate of 8 percent per annum or the daily rate of $0.51 from January 3, 2000, to date of judgment, interest accruing on $1,855.51 at the rate of 8 percent per annum or the daily rate of $0.41 from January 3, 2000, to date of judgment, and interest from date of judgment until paid in full at the Treasury bill rate,

DATE OF ENTRY
APR 0 5 2002

28 U.S.C. § 1961; and costs of this proceeding. As of this date, the outstanding balance is $2,774.26.

II.

The United States of America desires to examine Charles Gurley pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001, *et seq.*, Rule 69, Federal Rules of Civil Procedure, and Articles 2451-2456, Louisiana Code of Civil Procedure, about all matters pertaining to his estate or property.

WHEREFORE, the United States of America moves that it be permitted to examine Charles Gurley, judgment debtor, at the time and place to be fixed by the court.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
ENEID A. FRANCIS
Assistant United States Attorney
Bar Roll No. 5816
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana  70130
Telephone:  (504) 680-3060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| v. | * | NO. 00-0437 |
| **CHARLES GURLEY** | * | SECTION: "K" (5) |
| | * * * | |

## O R D E R

IT IS ORDERED that Charles Gurley appear before Magistrate Judge Louis Moore, Jr., on the 24th day of April, 2002, at 11:00 a.m., in the Hale Boggs Federal Building, Room No. B-407, 501 Magazine Street to be examined as a judgment debtor.

FAILURE TO APPEAR MAY SUBJECT JUDGMENT DEBTOR TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.

New Orleans, Louisiana, this 5th day of April, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

PLEASE SERVE:
Charles Gurley
5492 Patio Way
New Orleans, LA 70129

**LIST OF ITEMS TO BRING TO JUDGMENT DEBTOR EXAMINATION**

1. Earnings statements from paychecks for the last two months.

2. Business records for the present year and past calendar year which reflect assets, liabilities, gross receipts and expenses for any sole proprietorship, partnership or corporation in which you, or your spouse, own any interest.

3. Bank statements for the past 12 months from all banks or other financial institutions, where any sole proprietorship, partnership, or corporation in which you, or your spouse, own any interest, has an account of any kind.

4. Bank statements for the past 12 months from all banks, or other financial institutions, where you, or your spouse, has an account of any kind.

5. All trust agreements in which you, or your spouse, are named trustor, trustee or beneficiary.

6. All deeds, leases, contracts, and other documents representing any ownership interest you, or your spouse, has in any real property, and all deeds of trust, mortgages, or other documents evidencing encumbrances of any kind on your real property.

7. All stocks, bonds, or other securities of any class you may own, separately or jointly with others, including options to purchase any securities.

8. Titles to all motor vehicles owned by you or your spouse.

9. All life insurance policies in which you are either the insured or the beneficiary.

10. All promissory notes held by you, and all other documents evidencing any money owed to you, now or in the future.

11. All financial statements furnished by you with the past five years.

12. All deeds, bills of sale, or other documents prepared in connection with any transfer made by you, either by gift, sale or otherwise within the last five years.

13. A schedule of all your regular expenses, such as installment of debts, food, utilities, etc. Include the amount paid, the payee, and, if an installment debt, the amount of debt owing and any security pledged.

14. All documents evidencing any interest you have in any pension plan, retirement fund, or profit-sharing plan.

15. All records pertaining to your assets and finances.

16. Copies of income tax returns for the past three years.

17. All records of any unincorporated business of which you are an owner or part-owner, or have been an owner within the past three years.