FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR 24  AM 11: 13

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**MOORE, M.J.**
**April 24, 2002**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0437** |
| **CHARLES GURLEY** | * | **SECTION: "K"(5)** |

### HEARING ON MOTIONS

APPEARANCE(S):  VIA TELEPHONE: Ms. Rosanne Alford, Debt Collection Agent, United States Attorney's Office

MOTION(S):

(1)    MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDERED

Ms. Rosanne Alford, Debt Collection Agent, called this day to inform the court that the judgment debtor, Charles Gurley, will not be at the scheduled hearing. Mr. Gurley had previously committed to be at a construction site which requires him to be there. Subsequently, Mr. Gurley requested a continuance. Accordingly, the hearing scheduled for Wednesday, April 24, 2002, is **CONTINUED TO WEDNESDAY, MAY 15, 2002, AT 11:00 A.M.**

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
APR 2 4 2002

Fee_____
Process____
Dktd_____
CtRmDep___
Doc. No.___