

```
                                              FILED
                                        U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                        2002 MAY 14  AM 11:42

                                         LORETTA G. WHYTE
                                              CLERK
```

MINUTE ENTRY
MOORE, M.J.
MAY 13, 2002

UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0437 |
| CHARLES GURLEY | * | SECTION: "K"(5) |

### HEARING ON MOTIONS

APPEARANCE(S): VIA TELEPHONE: Ms. Rosanne Alford, Debt Collection Agent, United States Attorney's Office

MOTION(S):

(1) MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDERED

Ms. Rosanne Alford, Debt Collection Agent, United States Attorney's Office, called this day to inform the court that the judgment debtor, Charles Gurley, has paid the debt in full. Accordingly, the judgment debtor examination scheduled for Wednesday, May 15, 2002 at 11:00 a.m., is moot.

_____<br>LOUIS MOORE, JR.<br>United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
MAY 14 2002