

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAY 31 AM 10: 55

LORETTA G. WHYTE
CLERK

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Louisiana*

*Financial Litigation Unit*

Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, LA 70130

Telephone. (504) 680-3000
Fax (504) 589-3602

May 31, 2002

Loretta G. Whyte
Clerk, United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, Louisiana 70130

    Re:  United States v. Charles Gurley
           Civil Action No. 00-0437 "KE"

Dear Mrs. Whyte:

    The judgment rendered against the defendant in the above-referenced case has been satisfied. Please mark the docket sheet "satisfied" and provide this office with two Satisfaction of Judgment forms.

    Your assistance is appreciated.

                              Very truly yours,

                              JIM LETTEN
                              UNITED STATES ATTORNEY

                              ENEID A. FRANCIS
                              Assistant United States Attorney
                              Chief, Civil Division

____ Fee ____
____ Process ____
 X   Dktd ____
____ CtRmDep ____
Doc. No. 14